ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SIDNEY TAFOKITAU, | ) | CIVIL 05-00589DAE-BMK |
| Plaintiff, | ) | |
| vs. | ) | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| CLAYTON FRANK, STATE OF HAWAI'I, et al., | ) | JAN 1 8 2006 at 10 o'clock and 4 min. L M SUE BEITIA, CLERK |
| Defendants. | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 2, 2005, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Dismiss Petition" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, JAN 17 2006

_____
DAVID ALAN EZRA
United States District Judge

cc: all parties of record